**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
FRANCIS GAVIN, JR.,

                    Plaintiff,                                    19 **CIVIL** 5843 (KHP)

       -against-                                      **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,
                        Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Opinion and Order dated August 31, 2020, the Commissioner's motion is granted and Plaintiff's motion is denied; accordingly, this case is closed.

**Dated:**  New York, New York
          August 31, 2020

                                                        **RUBY J. KRAJICK**
                                                       _____
                                                            **Clerk of Court**
                        **BY:**
                                                            **Deputy Clerk**